IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JERRY HILL, JR.                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO.: 3:13-CV-045-SA-SAA

SANDRA COBB and
COBB BAIL BONDING COMPANY                                                        DEFENDANTS

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in a Memorandum Opinion entered this day, the Court grants in part and denies in part Plaintiff's Motion for Summary Judgment [45]. The motion is granted insofar as Plaintiff seeks a determination that Hill was an employee, that Hill was engaged in interstate commerce, and that Cobb and Cobb Bail Bonding were joint employers. As to the ultimate question of liability, the Court denies Plaintiff's motion, finding that the resolution of that dispute must be decided at trial.

SO ORDERED, this the 1st day of August, 2014.

                                                       **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**